No. 1447, October Term, 1970. ANDREWS v. UNITED STATES, 402 U. S. 995;

No. 1479, October Term, 1970. CONSOLIDATION COAL Co. v. SOUTH-EAST COAL Co., 402 U. S. 983;

No. 1483, October Term, 1970. UNITED MINE WORKERS OF AMERICA v. SOUTH-EAST COAL Co., 402 U. S. 983;

No. 5102, October Term, 1970. CHATFIELD v. CALIFORNIA, 402 U. S. 951;

No. 5606, October Term, 1970. LEVIN v. PROBATION DEPARTMENT OF CITY OF NEW YORK, 400 U. S. 907;

No. 6703, October Term, 1970. SUMMERS v. TEXAS, 403 U. S. 933; and

No. 6806, October Term, 1970. KNUCKLES ET AL. v. PRASSE, CORRECTION COMMISSIONER, ET AL., 403 U. S. 936. Motions for leave to file petitions for rehearing denied.

No. 1622, October Term, 1970. WHDH, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL., 403 U. S. 923. Motion to supplement petition granted. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and petition.

No. 6908, October Term, 1970. THERIAULT v. HARRIS, WARDEN, 403 U. S. 923. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.